DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Isoleen V. Dunn, | ) |
| | ) CASE NO. 1:05 CV 2556 |
| Plaintiff(s), | ) |
| | ) |
| v. | ) <u>JUDGMENT ENTRY</u> |
| | ) |
| Richland County Department of Job and | ) |
| Family Services, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that to the extent the complaint attempted to set forth any state law claims, those claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). Defendant Lu Ann Howard, who is not an "employer" within the meaning of the civil rights statutes is dismissed with prejudice. All age discrimination claims are dismissed for lack of jurisdiction under Title VII. Summary judgment is granted in favor of defendant Richland County Department of Jobs and Family Services on plaintiff's Title VII claims of race discrimination and retaliation. Case closed, with each party to bear its own costs.

| | |
|---|---|
|  October 3, 2006  | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |